Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
Phone 907-279-3581
Fax 907-277-1331
cld@delaneywils.com

Attorneys for defendant Safeway, Inc.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BARBARA JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SAFEWAY, INC., a/k/a ) | |
| CARRS QUALITY CENTERS ) | Case No. 3:07-cv-_____ ( ) |
| ) | |
| Defendant. ) | |
| _____) | |

Case No. 3AN-07-7278 Civil

## NOTICE OF REMOVAL OF CASE FROM
## STATE COURT (SUPERIOR COURT NO. 3AN-07-7278 CIVIL)

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the defendants, Safeway, Inc., (hereinafter "Safeway, Inc.") contemporaneous with the filing of this Notice, are effectuating the removal of the above referenced action from the Superior Court of the State of Alaska, Third Judicial District, to the United States District Court for the District of Alaska. A true and correct copy of the Notice to

DELANEY WILES, INC.
1007 WEST 3RD AVENUE
SUITE 400
ANCHORAGE, ALASKA
(907) 279-3581

Case 3:07-cv-00158-TMB   Document 1   Filed 08/15/07   Page 1 of 3

Superior Court of Filing Notice of Removal filed in Case No. 3AN-07-7278 Civil, is attached hereto as Exhibit A. The removal is based on the following grounds:

1. On or about May 17, 2007, there was filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, the above entitled action, Case No. 3AN-07-7278 Civil.

2. Safeway first received notice of the complaint, by service of the summons and complaint on or about August 2, 2007. A true and correct copy of this complaint is attached hereto as Exhibit B, and is incorporated by reference herein as though fully set forth.

3. The United States District Court has jurisdiction over the superior court action in this matter, pursuant to 28 U.S.C. § 1332 as one that may be removed under 28 U.S.C. § 1441(a) based on diversity of citizenship, and as meeting all jurisdictional requirements.

4. This notice of removal is timely filed in that it is filed within thirty days of receipt of a copy of the complaint by defendants, which sets out a claim for relief.

5. Safeway, Inc. is a corporation organized under the laws of the state of Delaware with its principal place of business in Pleasanton, California. Its corporate citizenship is California.

6. Plaintiff is a citizen of Alaska.

7. The complaint alleges damages in excess of $100,000, thus meeting the jurisdictional requirements of 28 U.S.C. § 1332(a).

Dated at Anchorage, Alaska this 14 day of August, 2007.

DELANEY WILES, INC.
Attorneys for defendant

_____
Cynthia L. Ducey

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

NOTICE OF REMOVAL OF CASE FROM STATE COURT (SUPERIOR COURT NO. 3AN-07-7278 CI)
*James v. Safeway, Inc.*, Case No. 3:07-cv-_____                Page 2 of 3

Case 3:07-cv-00158-TMB   Document 1   Filed 08/15/07   Page 2 of 3

ASBA# 8310161
Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
Phone 907-279-3581
Fax 907-277-1331
cld@delaneywils.com

**Certificate of Service**

On this 14th day of August, 2007, I caused to be mailed by the U.S. Postal Service a copy of this document upon:

Cris Rogers
2600 Denali Street, Suite 711-B
Anchorage, AK 99503

_____
733648

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

NOTICE OF REMOVAL OF CASE FROM STATE COURT (SUPERIOR COURT NO. 3AN-07-7278 CI)
*James v. Safeway, Inc.*, Case No. 3:07-cv-_____
Page 3 of 3

Case 3:07-cv-00158-TMB   Document 1   Filed 08/15/07   Page 3 of 3