IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

BARBARA JAMES,                    )
                                  )
          Plaintiff,              )
                                  )
     vs.                          )
                                  )
SAFEWAY, INC. a/k/a,              )
CARRS QUALITY CENTERS,            )
                                  )
          Defendant.              )
_____ )  Case No. 3AN-07-7278 Civil

**NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL**

TO:  CLERK OF COURT

     PLEASE TAKE NOTICE that on August 14, 2007, the defendant, Safeway, Inc.

(hereinafter "Safeway, Inc.") named as defendant in the complaint in this action, filed in the

United States District Court for the District of Alaska, at Anchorage, Alaska its notice of removal

from state court, and that a copy of said notice of removal is on file with the above captioned

court.

     PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of

said notice of removal in the United States District Court, together with a filing of a copy of said

notice with this court, effects the removal of this action and the above captioned court may

proceed no further, unless and until the case is remanded.

     A copy of the notice of removal being filed concurrently in the United States District for

the District of Alaska is attached hereto.

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

Dated at Anchorage, Alaska this __14__ day of August, 2007.

DELANEY WILES, INC.
Attorneys for defendant


_Cynthia Ducey_
Cynthia L. Ducey
ASBA# 8310161


### Certificate of Service

On this __14th__ day of August,
2007, I caused to be mailed
by the U.S. Postal Service a copy
of this document upon:

Chris Rogers
2600 Denali Street, Suite 711-B
Anchorage, AK 99503


133658

LANEY WILES, INC.
SUITE 400
07 WEST 3ᴿᴰ AVENUE
CHORAGE, ALASKA
99501
(907) 279-3581
AX (907) 277-1331

Notice to Superior Court of Filing Notice of Removal
_James v. Safeway, Inc._, Case No. 3AN-07-7278 Civil
Page 2 of 2